```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  MARY M. FRENCH, Bar #126643
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorneys for Defendant
    JAMES R. BALLESTEROS
 6

 7

 8                  IN THE UNITED STATES DISTRICT COURT

 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,    )  No. CR-S-04-0144-GEB
                                 )
12              Plaintiff,       )
                                 )  STIPULATION AND [PROPOSED] ORDER
13       v.                      )
                                 )
14  JAMES R. BALLESTEROS,        )  Date:    May 6, 2005
                                 )  Time:    9:00 a.m.
15              Defendant.       )  Judge:   Garland E. Burrell, Jr.
                                 )
16  _____ )
```

17          It is hereby stipulated between the parties, R. Steven

18  Lapham, Assistant United States Attorney, attorney for Plaintiff, and

19  Mary M. French, attorney for defendant, James R. Ballesteros, that the

20  status conference currently calendered for April 29, 2005 should be

21  vacated and continued for status conference on May 6, 2005 at 9:00 a.m.

22          Defense counsel continues work on several matters critical to

23  the defense of Mr. Ballesteros and more time is needed to complete

24  these tasks.

25          The parties agree and stipulate that the time period from

26  April 29, 2005 through and including May 6, 2005 should be excluded

27  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for defense

28  preparation.

```
1  Dated:  April 28, 2005
                                          Respectfully submitted,
2
                                          QUIN DENVIR
3                                         Federal Defender

4
                                          /s/ MARY M. FRENCH
5                                         _____
                                          MARY M. FRENCH
6                                         Assistant Federal Defender
                                          Attorney for Defendant
7                                         JAMES R. BALLESTEROS

8  Dated:  April 28, 2005

9                                         MCGREGOR SCOTT
                                          United States Attorney
10
                                          /s/ STEVEN LAPHAM
11                                        _____
                                          R. STEVEN LAPHAM
12                                        Assistant U.S. Attorney
                                          per telephonic authorization
13
```

14                                    **O R D E R**

15  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

16  Dated:  April 28, 2005

```
                                          /s/ Garland E. Burrell, Jr.
                                          GARLAND E. BURRELL, JR.
                                          United States District Judge
```

Stipulation/Ballesteros/CR-S-04-0144-GEB   2