```
QUIN DENVIR, Bar No. 49374
Federal Defender
MARY M. FRENCH, Bar No. 126643
Supervising Assistant Federal Defender
801 I Street, Third Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES R. BALLESTEROS
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR S-04-0144-GEB |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| JAMES R. BALLESTEROS, | |
| Defendant. | |

It is hereby stipulated between the parties, R. Steven Lapham, Assistant United States Attorney, attorney for Plaintiff, and Quin Denvir, attorney for defendant, James R. Ballesteros, that the status conference currently calendered for May 6, 2005 should be vacated and continued for status conference on May 13, 2005 at 9:00 a.m.

Defense counsel continues work on matters critical to the defense of Mr. Ballesteros and more time is needed to complete these tasks.

The parties agree and stipulate that the time period from

1

1  May 6, 2005 through and including May 13, 2005 should be excluded
2  pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T-4 for defense
3  preparation.
4  Dated: May 4, 2005                Respectfully submitted,
5
6                                    /s/ Quin Denvir
                                     QUIN DENVIR
7                                    Federal Defender
8                                    Attorney for Defendant
                                     JAMES R. BALLESTEROS
9
10
                                     MCGREGOR SCOTT
11                                   United States Attorney
12
   Dated: May 4, 2005                /s/ Quin Denvir per telephonic
13                                   authorization to sign for
                                     R. STEVEN LAPHAM
14                                   Assistant U.S. Attorney
15
16
17                             **O R D E R**
18 FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.
19 Dated:  May 6, 2005
20
                                     /s/ Garland E. Burrell, Jr.
21                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
22
23
24
25
26
27
28
   U.S. v. Ballesteros
   CR-S-04-0144-GEB
   Stipulation/Proposed Order       2