1  ALAN ADELMAN, ESQ.  BAR NO: 170860
   LAW OFFICES OF ALAN ADELMAN
2  240 Stockton Street, 9th Floor
   Union Square
3  San Francisco, California 94108
   Telephone: (415) 956-1360
4  Facsimile: (415) 625-1339

5  ELIZABETH S. MANCL, ESQ.  BAR NO: 191844
   Attorney at Law
6  508 Forbes Avenue, 2nd Floor South
   Yuba City, California 95991
7  Telephone: (530) 751-1695
   Facsimile: (530) 751-2384
8
   Attorneys for Plaintiff
9

**FILED**

MAY 1 7 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
         DEPUTY CLERK

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12

13  BARBARA DIANE WARD              )  CASE NO.: CIV.S-04-0448 GEB GGH
    a.k.a. DIANE WARD,              )
14                                  )  PLAINTIFF'S NOTICE OF FILING OF
         Plaintiff,                 )  VIDEO TAPES AND AUDIO TAPES
15                                  )
    vs.                             )  DATE:  May 31, 2005
16                                  )  TIME:  9:00 A.M.
    SUTTER UNION HIGH SCHOOL DISTRICT, RYAN )  CTRM:  10
17  ROBISON, Individually and in His Official Capacity, )
    LORI TEXEIRA, Individually and in )  TRIAL: October 25, 2005
18  Her Official Capacity; and SUTTER COUNTY, )
    DAVID MCFARLAND, Individually and in His )  Complaint filed: 3/04/04
19  Official Capacity, and JOHN DOE, Individually and in )
    His Official Capacity,          )  JUDGE GARLAND E. BURRELL, JR.
20                                  )
         Defendants.                )
21  _____ )

22
         Pursuant to Local Rule 5-133 Plaintiff BARBARA DIANE WARD a.k.a. DIANE WARD
23
    ("Plaintiff"), by and through her attorneys of record herein, filing seven video cassette recordings, #03-
24
    001385, dated 5-19-03, 5-20-03, and 5-28-03, and Item #10, Ward Interview - Office (all referenced as
25
    Exhibit 41 to Declaration of Elizabeth S. Mancl to be filed on May 17, 2005); and an audio cassette Item
26
    PLAINTIFF'S NOTICE OF FILING OF VIDEO TAPES AND AUDIO TAPE IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT OR, OR IN THE
    ALTERNTIVE, PARTIAL SUMMARY JUDGMENT
    CASE NUMBER: CIV-S-04-0448 GEB GGH

#11, 03-001385, referenced as Exhibit 40 to Declaration of Elizabeth S. Mancl to be filed on May 17, 2005 and to Declaration of Christi Mansel, Exhibit 1.

DATED: May 16, 2005

By: *[signature]*
ELIZABETH S. MANCL
Attorney for Plaintiff