IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-S-04-0144 GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES R. BALLESTEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Today the Court received the attached letter from the Mental Health Unit Manager, U.S. Medical Center for Federal Prisoners, Federal Bureau of Prisons, Springfield, Missouri. The Clerk of Court shall file the letter under seal and serve it on the parties.

Dated: June 20, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge