IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-0144-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| JAMES R. BALLESTEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On July 25, 2005, the Court received the attached letter from Dennis Bitz, Attorney, U.S. Medical Center for Federal Prisoners, Federal Bureau of Prisons, Springfield, Missouri. The Clerk of Court shall file the letter under seal and serve it on the parties. A status hearing is scheduled in this action on August 12, 2005, at 9:00 a.m.

Dated:  August 1, 2005

/s/ Garland E. Burrell, Jr.
GARLAND E. BURRELL, JR.
United States District Judge