DANIEL J. BRODERICK, Bar #89424
Federal Defender
MARY M. FRENCH, Bar #126643
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
JAMES R. BALLESTEROS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR-S-04-0144-GEB |
|---|---|
| Plaintiff, | ) |
| v. | ) **[PROPOSED] ORDER TO REPLACE COUNSEL** |
| JAMES R. BALLESTEROS, | ) |
| Defendant. | ) |

The defendant filed a Motion to Dismiss and Replace counsel on February 16, 2007, which the Office of the Federal Defender joined on March 5, 2007. On March 16, 2007, the Court heard the matter and appointed Jan Karowsky, Esquire, to represent the defendant. The Court did not relieve the Office of the Federal Defender as counsel at that time because the Court desired to ensure that the defendant was in communication with Mr. Karwosky prior to relieving the Office of the Federal Defender as counsel. The Office of the Federal Defender has now received notification from Mr. Karwosky that he and the defendant are in communication.

//

//

1   Accordingly, IT IS HEREBY ORDERED that the Office of the Federal
2   Defender is relieved as counsel of record in this case.

Dated: April 12, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge