```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,     )   CR. NO. S-04-0144 GEB
                                  )
11            Plaintiff,          )   STIPULATION AND ORDER
                                  )   RE-SETTING HEARING ON
12       v.                       )   DEFENDANT'S PETITION
                                  )   FOR HABEAS CORPUS
13  JAMES BALLESTEROS,            )
                                  )
14            Defendant.          )
                                  )
15  _____  )
16
17       IT IS HEREBY STIPULATED by the parties, through their
18  respective undersigned counsel, that the hearing on defendant's
19  Petition for Habeas Corpus before the district court, currently set
20  for July 6, 2007, may be continued to July 27, 2007 at 9:00 a.m.
21       IT IS FURTHER STIPULATED that the governments opposition shall
22  be filed on or before July 13, 2007, and defendant's optional reply
23  ////
24  ////
25  ////
26  ////
27  ////
28  ////
```

1

shall be filed on or before July 20, 2007.

DATED: June 29, 2007

                                      McGREGOR W. SCOTT
                                      United States Attorney

                                  By: s/R. Steven Lapham
                                       R. STEVEN LAPHAM
                                       Assistant U.S. Attorney


DATED: June 29, 2007

                                      s/ Jan David Karowsky
                                      JAN DAVID KAROWSKY
                                      Counsel for James Ballesteros

                                                 O R D E R

    IT IS SO ORDERED.

Dated:  July 2, 2007

                                      /s/ Garland E. Burrell, Jr.
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge