IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-0144-GEB |
| Plaintiff, | ) | ORDER |
| v. | ) | |
| JAMES BALLESTEROS, | ) | |
| Defendant. | ) | |

On July 9, 2007, the Court received from the Warden for the United States Federal Medical Center for Federal Prisoners, Springfield, Missouri, a copy of the attached letter dated June 29, 2007, to which is appended a forensic evaluation and certificate of competency. This Order can be filed on the public docket; however, all documents attached to this Order shall be sealed since they concern Defendant's mental status. The Clerk of Court shall serve this Order on the parties but need not serve the attached documents on the parties because they were sent to them on June 29, 2007.

IT IS SO ORDERED.

Dated: July 9, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1