1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-0144 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER EXTENDING TIME FOR GOVERNMENT TO FILE ITS BRIEF |
| v. | ) | |
| JAMES BALLESTEROS, | ) | |
| Defendant. | ) | |

  IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, subject to the approval of the Court, that the government may have until July 17, 2007, to file its opposition to the defendant's §2241 motion.  This extension is

////
////
////
////
////
////
////
////

1

necessary to permit the government to obtain additional information about the current status of the defendant.

DATED: July 13, 2007

                              McGREGOR W. SCOTT
                              United States Attorney

                        By: s/R. Steven Lapham
                            R. STEVEN LAPHAM
                            Assistant U.S. Attorney

DATED: July 13, 2007

                              s/ Jan David Karowsky (tele. auth.)
                              JAN DAVID KAROWSKY
                              Counsel for James Ballesteros

                        O R D E R

    IT IS SO ORDERED.

Dated: July 13, 2007

                          _____
                          GARLAND E. BURRELL, JR.
                          United States District Judge