1  McGREGOR W. SCOTT
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724

5

6

7
                IN THE UNITED STATES DISTRICT COURT
8
              FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10 UNITED STATES OF AMERICA,    )     CR. NO. S-04-0144 GEB
                                )
11             Plaintiff,       )     STIPULATION AND ORDER
                                )     CONTINUING STATUS CONFERENCE
12        v.                    )
                                )
13 JAMES BALLESTEROS,           )
                                )
14             Defendant.       )
                                )
15 _____)

16

17      IT IS HEREBY STIPULATED by the parties, through their

18 respective undersigned counsel, that the Status Conference currently

19 set for January 25, 2008, may be continued to March 7, 2008 at 9:00

20 a.m.  This continuance is necessary because defense counsel is

21 currently in trial on another matter and requires additional time to

22 review discovery, conduct investigation, and prepare a defense in

23 this case.

24      IT IS FURTHER STIPULATED that time may be excluded from the

25 calculations under the Speedy Trial Act from January 25, 2008

26 through and including March 7, 2008, pursuant to 18 U.S.C.

27 ////

28 ////

                                1

§3161(h)(8)(B)(iv) and Local Code T4 for defense preparation.

DATED: January 22, 2008
                              McGREGOR W. SCOTT
                              United States Attorney


                         By: s/R. Steven Lapham
                              R. STEVEN LAPHAM
                              Assistant U.S. Attorney


DATED: January 22, 2008

                              s/ Jan David Karowsky
                              JAN DAVID KAROWSKY
                              Counsel for James Ballesteros




             O R D E R

    IT IS SO ORDERED.

Dated:   January 23, 2008


                              _____
                              GARLAND E. BURRELL, JR
                              United States District Judge

2