1

**JAN DAVID KAROWSKY**
Attorney at Law

2

A Professional Corporation
California State Bar Number 53854

3

716 19th Street, Suite 100
Sacramento, CA 95811-1767

4

Telephone:  (916) 447-1134
Facsimile:  (916) 448-0265

5

Email:       KarowskyLaw@sbcglobal.net

6

Attorney for Defendant
James Ballesteros

7

8

9

10

### UNITED STATES DISTRICT COURT

### IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America, | ) | Case No.:  Cr.S-04-144-GEB |
| 11 | ) | |
| Plaintiff, | ) | **ORDER CONTINUING STATUS** |
| 12 | ) | **CONFERENCE** |
| vs. | ) | |
| 13 | ) | **Date**:   **March 7, 2008** |
| James Ballesteros | ) | **Time:   9:00 a.m.** |
| 14 | ) | **Judge:  Chief Judge Garland E. Burrell, Jr.** |
| Defendant | ) | |
| 15 | ) | |

16

17        For the reasons stated in the Stipulation Continuing the Status Conference, the Status

18  Conference in the above-captioned action set for March 7, 2008 at 9:00 a.m. is continued to May

19  2, 2008 at 9:00 a.m.  Time is excluded from the calculations under the Speedy Trial Act from

20  March 7, 2008 to May 2, 2008 pursuant to pursuant to 18 U.S.C. § 3161 (h) (B) (iv) and Local

21  Code T4 for defense preparation.

**IT IS SO ORDERED.**

22

Dated: February 22, 2008

23

GARLAND E. BURRELL, JR.
United States District Judge

24

25

- 1 -