**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:        KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Ballesteros

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-04-144-GEB |
| Plaintiff, | ) **ORDER CONTINUING STATUS CONFERENCE** |
| vs. | ) |
| James Ballesteros | ) Date:  November 21, 2008<br>) Time:  9:00 a.m.<br>) Judge:  Hon. Garland E. Burrell, Jr. |
| Defendant | ) |

For the reasons stated in the Stipulation Continuing the Status Conference, the Status Conference in the above-captioned action set for November 21, 2008 at 9:00 a.m. is continued to February 27, 2009 at 9:00 a.m.  Time is excluded from the calculations under the Speedy Trial Act from November 21, 2008 to February 27, 2009 pursuant to 18 U.S.C. § 3161 (h) (B) (iv) and Local Code T4 for defense preparation.

**IT IS SO ORDERED.**

**11/17/08**

_____
GARLAND E. BURRELL, JR.
United States District Judge