**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Ballesteros

## UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | ) Case No.: Cr.S-04-144-GEB |
| Plaintiff, | ) **ORDER CONTINUING STATUS** |
| vs. | ) **CONFERENCE** |
| James Ballesteros | ) **Date**:   **February 27, 2009** |
| Defendant | ) **Time:  9:00 a.m.** |
| | ) **Judge:  Hon. Garland E. Burrell, Jr.** |

    For the reasons stated in the Stipulation Continuing the Status Conference, the Status Conference in the above-captioned action set for February 27, 2009 at 9:00 a.m. is continued to April 3, 2009 at 9:00 a.m.  Time is excluded from the calculations under the Speedy Trial Act from February 27, 2009 to April 3, 2009 pursuant to 18 U.S.C. § 3161 (h) (B) (iv) and Local Code T4 for defense preparation.

**IT IS SO ORDERED.**

Dated: 2/26/09

*[signature]*
HON. GARLAND E. BURRELL, JR.
Judge, United States District Court

- 1 -