|    |    |
|----|----|
| 1  |    |
| 2  |    |
| 3  |    |
| 4  |    |
| 5  |    |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )
                                )  02:04-cr-00144-GEB
          Plaintiff,            )
                                )  ORDER
     v.                         )
                                )
JAMES BALLESTEROS,              )
                                )
          Defendant.            )
_____)

On April 6, 2009, Defendant caused docket entry 105 to reflect that a "Stipulation and Proposed Order for Entry of only NGI Plea" was filed; however, only a stipulation was filed. It is unfortunate that I was required to take time unraveling precisely what had been filed; this could have been avoided if Defendant's counsel had accurately reflected what was filed as docket number 105.

Further, on April 6, 2009, Defendant submitted for in camera review four copies of an "Application and Order to File Under Seal the Psychiatric Report of Dr. Jason G. Roof" ("Application"). Attached to the Application is a proposed order stating in pertinent part "IT IS HEREBY ORDERED that the attached

1

```
 1  psychiatric report . . . and the within APPLICATION AND ORDER TO
 2  FILE UNDER SEAL THE PSYCHIATRIC REPORT OF DR. JASON G. ROOF be
 3  filed under seal."
 4       The portion of the proposed order concerning the
 5  Application being filed under seal is unintelligible because the
 6  wording is unclear.  It is also unclear why four unfiled copies of
 7  the same Application were submitted for in camera review.  I
 8  compared each submitted Application to ensure myself each document
 9  was the same.  I later realized that the Application had been filed
10  on the public docket as docket number 106.  Thus, it appears
11  Defendant did not want the Application sealed even though he
12  indicated otherwise in his proposed order.  It is not a judicially
13  efficient use of time to expend effort trying to understand the
14  meaning of a lawyer's confusing filings.
15       Therefore, only Dr. Jason G. Roof's attached Psychiatric
16  Report shall be filed under seal.
17  Dated:  April 7, 2009
```

_____
GARLAND E. BURRELL, JR.
United States District Judge