UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JAMES R. BALLESTEROS,<br><br>　　　　Defendant. | 2:04-cr-00144-GEB<br><br>ORDER FOR EXAMINATION<br>AND REPORT UNDER<br>SECTION 18 U.S.C. § 4247 |

　　　　On April 17, 2009, Defendant James R. Ballesteros ("Ballesteros") pled not guilty by reason of insanity to the charges in the indictment. Since Ballesteros has been found not guilty of the indicted offenses only by reason of insanity, he is committed to the custody of the Attorney General of the United States who shall find a suitable facility for the evaluation of Ballesteros under 18 U.S.C. § 4243.

　　　　Further, a psychiatric or psychological report shall be provided to the Court, under 18 U.S.C. § 4247(b) and (c), prior to the hearing scheduled to commence at 1:00 p.m. on May 22, 2009; at which it will be determined whether Ballesteros can be released under the applicable standard.

1

Ballesteros shall be transported to the place designated by the Federal Bureau of Prisons for the examination and/or study. The examining officials are authorized to access all pertinent medical and collateral information, including psychiatric and medical records and psychological testing.

**I recommended at Ballesteros' April 17, 2009 hearing that the examination occur at Springfield, but of course, it is expected to occur wherever it can be done expeditiously.** The Clerk of the Court shall include the United States Marshal and the Federal Bureau of Prisons in the service of this Order. The service on the Federal Bureau of Prisons shall have attached thereto a copy of the Indictment (docket number 6), the sealed Forensic Report (docket number 79), Exhibit B to the sealed document filed on July 14, 2008 (document 95), the parties' Stipulation (docket number 100) and the sealed psychiatric report (document number 108); and shall be served by email to the following address: ***gra-dsc/teampapa~@bop.gov.***

IT IS SO ORDERED.

Dated: April 17, 2009

GARLAND E. BURRELL, JR.
United States District Judge