

**U. S. Department of Justice**

Federal Bureau of Prisons

**FILED**　*Federal Correctional Complex*

--MAY 19 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　DEPUTY CLERK

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

May 12, 2009

The Honorable Garland E. Burrell, Jr.
United States District Court
501 I Street, Suie 4-200
Sacramento, California 95814

**RECEIVED**

MAY 1 9 2009

**GEB CHAMBERS**

RE:  BALLESTEROS, James R.
     Register Number: 93449-011
     Docket Number:   2:04-cr-00144-GEB

Dear Judge Burrell:

The above-referenced individual was admitted to the Mental Health Unit of this facility on March 24, 2009 pursuant to the provisions of Title 18, United States Code, Section 4243.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Ballesteros, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the day of his arrival to our facility plus a 30 day extension. If this request is granted, the evaluation period will end on July 24, 2009. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 working days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of **Inmate Systems Management** and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact our Chief Psychiatrist, Dr. Jean Zula at (919) 575-3900 extension 5475.

Respectfully,

Sara M. Revell, Complex Warden

SMR/dsm

(GRANTED)/DENIED (Circle One)　*This ruling amends the Order filed on 4/17/09.*

Signature: _____　　DATE: *May 19, 2009*
　　　District Judge Garland E. Burrell, Jr.

cc:  Robert Steven Lapham, Assistant United States Attorney
     Jan David Karowsky, Defense Attorney