**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone: (916) 447-1134
Facsimile: (916) 448-0265
Email: KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Ballesteros

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-144-GEB |
| Plaintiff, | **ORDER CONTINUING 18 USC 4243 (c) HEARING AND REPORT DUE DATE** |
| vs. | |
| James Ballesteros | |
| Defendant | |

**In accordance with the parties' stipulation filed on May 19, 2009,** the 18 U.S.C. 4243(c) hearing scheduled for May 21, 2009 at 9:00 a.m. is continued to August 14, 2009, commencing at 9:00 a.m. Further the request of the Warden at the Federal Medical Center at Butner, North Carolina to have the final report issued under 18 U.S.C. 4247(b) and (c) due on or about August 7, 2009 is granted.

5/19/09

GARLAND E. BURRELL, JR.
United States District Judge

- 1 -