IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:04-cr-0144-GEB |
| | ) | |
| Plaintiff, | ) | <u>ORDER</u> |
| | ) | |
| v. | ) | |
| | ) | |
| JAMES BALLESTEROS, | ) | |
| | ) | |
| Defendant. | ) | |

On August 11, 2009, the Court received from the Complex Warden for the United States Department of Justice, Federal Bureau of Prison, Butner, North Carolina, a facsimile copy of the attached letter dated August 4, 2009, to which is appended a "FORENSIC EVALUATION" and a "CERTIFICATE OF MENTAL DISEASE OR DEFECT AND DANGEROUSNESS."  This Order can be filed on the public docket; however, all documents attached to this Order shall be filed under seal since they concern Defendant's mental status.  The Clerk of Court shall serve this Order on the parties but need not serve the attached documents on the parties because they were sent to them on August 11, 2009.

Dated:  August 11, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1