1    **JAN DAVID KAROWSKY**
     Attorney at Law
2    A Professional Corporation
     California State Bar Number 53854
3    716 19th Street, Suite 100
     Sacramento, CA 95811-1767
4    Telephone:  (916) 447-1134
     Facsimile:  (916) 448-0265
5    Email:       KarowskyLaw@sbcglobal.net

6    Attorney for Defendant
     James Ballesteros

7
                    **UNITED STATES DISTRICT COURT**
8
              **IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**
9

10

11   United States of America,                    )   Case No.:  Cr.S-04-144-GEB
                                                   )
12              Plaintiff,                         )   **STIPULATION AND ORDER**
                                                   )   **CONTINUING STATUS CONFERENCE**
          vs.                                      )   **AND HEARING PURSUANT TO**
13                                                 )   **18 U.S.C. § 4243 ( c )**
                                                   )
14   James Ballesteros                             )
                                                   )   **Date**:    **August 14, 2009**
15              Defendant                          )   **Time:   9:00 a.m.**
                                                   )   **Judge:  Judge Garland E. Burrell, Jr.**
16   _____ )

17

18
                               **ORDER**
19

20

21       **GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Status

22   Conference and the hearing pursuant to 18 U.S.C. § 4243(c) scheduled for August 14, 2009 at

23   9:00 a.m. shall be continued to September 18, 2009 at 9:00 a.m..  Further, time is ordered

24   excluded from the calculations under the Speedy Trial Act from August 14, 2009 to September

25   18, 2009 pursuant to 18 U.S.C. § 3161 (h)(7) (B) (iv), Local Code T4 for defense preparation,

                                       - 1 -

1   and 18 U.S.C. § 3161(h)(1)(H), Local Code 6, transportation from another district for a court

2   ordered examination.

3   **IT IS SO ORDERED.**

4

Dated:  8/13/09

5                                                    **GARLAND E. BURRELL, JR.**
                                                     **U.S. DISTRICT JUDGE**

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25