```
                IN THE UNITED STATES DISTRICT COURT

              FOR THE EASTERN DISTRICT OF CALIFORNIA


UNITED STATES OF AMERICA,        )
                                 )      2:04-cr-0144-GEB
             Plaintiff,          )
                                 )
       v.                        )
                                 )
JAMES BALLESTEROS,               )
                                 )
             Defendant.          )
                                 )
```

       The government shall file the proposed order referenced in the document Defendant filed on August 29, 2009, no later than September 14, 2009.  Further, the government's counsel shall communicate with Defendant's attorney before filing the proposed order for the purpose of determining whether a hearing is required.

Dated:  August 31, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1