**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:          KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Ballesteros

UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>            vs.<br><br>James Ballesteros,<br><br>                    Defendant | Case No.:  Cr.S-04-144- GEB<br><br>**ORDER**<br>**RE HEARING UNDER**<br>**18 U.S.C. § 4243(c)**<br><br>**Date**:    September 18, 2009<br>**Time**:   9:00 a.m.<br>**Judge**:  Garland E. Burrell, Jr. |

Based on the parties' stipulation filed August 29, 2009, as docket entry number 122, the parties waive the hearing required by 18 U.S.C. § 4243(c) as described in 18 U.S.C. § 4247(d).

Further, based on the parties' agreement that the Court can rely upon the "Forensic Evaluation" report dated July 27, 2009 and filed under seal on August 12, 2009, the Court finds defendant James Ballesteros, who was found not guilty only by reason of insanity of an offense involving bodily injury to, or serious damage to the property of, another person, or involving a substantial risk of such injury or damage, has not sustained his burden of proving by clear and convincing evidence that his release would not create a substantial risk of bodily injury to

another person or serious damage of property of another due to a present mental disease or defect.

**THEREFORE,** pursuant to 18 U.S.C. § 4243(e), the Court hereby commits defendant James Ballesteros to the custody of the Attorney General. The Attorney General shall release defendant James Ballesteros to the appropriate official of the State of California if such State will assume responsibility for his custody, care, and treatment. The Attorney General shall make all reasonable efforts to cause such State to assume such responsibility. If, notwithstanding such efforts, the State of California will not assume such responsibility, the Attorney General shall hospitalize the defendant James Ballesteros for treatment in a suitable facility until--

  (1) the State of California will assume such responsibility; or

  (2) the defendant's mental condition is such that his release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would not create a substantial risk of bodily injury to another person or serious damage to property of another whichever is earlier. The Attorney General shall continue periodically to exert all reasonable efforts to cause the State of California to assume such responsibility for the person's custody, care, and treatment.

When the director of the facility in which the defendant James Ballesteros is hospitalized pursuant to this Order determines that the defendant has recovered from his mental disease or defect to such an extent that his release, or his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment, would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, he shall promptly file a certificate to that effect with the clerk of this Court.  The clerk shall send a copy of the certificate to defendant James Ballesteros' attorney and to the attorney for the Government.

The court shall order the discharge of the defendant or, on the motion of the attorney for the Government or on its own motion, shall hold a hearing, conducted pursuant to the provisions of 18 U.S.C. § 4247(d), to determine whether the defendant should be released.

If, after the hearing, the court finds by the standard specified in subsection (d) of 18 U.S.C. § 4247 that the defendant has recovered from his mental disease or defect to such an extent that--

   (1) his release would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, the court shall order that he be immediately discharged; or

   (2) his conditional release under a prescribed regimen of medical, psychiatric, or psychological care or treatment would no longer create a substantial risk of bodily injury to another person or serious damage to property of another, the court shall order that he be conditionally discharged under a prescribed regimen of medical, psychiatric, or psychological care or treatment that has been prepared for him, that has been certified to the court as appropriate by the director of the facility in which he is committed, and that has been found by the court to be appropriate; and order, as an explicit condition of release, that he comply with the prescribed regimen of medical, psychiatric, or psychological care or treatment.

Based on the recommendation of the examining doctors at the Federal Bureau of Prisons, Federal Correctional Complex, Federal Medical Center, Butner, North Carolina, and by agreement of the parties, the Court recommends that the Attorney General hospitalize the defendant at the Federal Medical Center, Butner, North Carolina, subject to space availability and security requirements.

The Clerk of the Court shall include the United States Marshal and the Federal Bureau of Prisons in the service of this Order.  The service on the Federal Bureau of Prisons shall have

1

2  attached thereto a copy of the sealed Forensic Evaluation (docket number 119); and shall be

3  served by email to the following address: *gra-dsc/teampapa~@bop.gov*.

4         IT IS SO ORDERED.

5

6  Dated:  September 18, 2009

7

8

9  _____

10  GARLAND E. BURRELL, JR.

11  United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25