IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR S-04-0144 GEB |
| ) Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| James Ballesteros, ) | |
| ) | |
| ) Defendant. ) | |

      Today the undersigned judge received a letter from the Federal Bureau of Prisons dated October 4, 2010, to which is attached a "Risk Assessment Report." The Clerk of Court shall file the letter and the Risk Assessment Report under seal, and serve a copy of these sealed documents on counsel for each party. Further, a status hearing is scheduled to commence in this case at 9:00 a.m. on October 29, 2010.

Dated: October 22, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge