**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Ballesteros

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,   ) | Case No.:  Cr.S-04-144-GEB |
| ) | |
| Plaintiff,   ) | **STIPULATION AND ORDER** |
| ) | **CONTINUING STATUS CONFERENCE** |
| vs.   ) | |
| ) | **Date**:   **October 29, 2010** |
| James Ballesteros   ) | **Time:  9:00 a.m.** |
| ) | **Judge:  Hon. Garland E. Burrell, Jr.** |
| Defendant   ) | |
| ) | |

**IT IS HEREBY STIPULATED** by the parties, through their respective undersigned counsel, that the Status Conference currently set for October 29, 2010 at 9:00 a.m. may be continued to November 12, 2010 at 9:00 a.m..  This continuance is necessary in that counsel for defendant James Ballesteros will be out of town on October 29, 2010 and also on November 5, 2010.  The earliest counsel for defendant James Ballesteros will be available is November 12, 2010.

**IT IS SO STIPULATED.**

1 | Dated:  October 25, 2010 | Benjamin Wagner
  |                          | United States Attorney

2

3

4 | | /s/ R. Steven Lapham
  | | By:  R. STEVEN LAPHAM
5 | | Assistant U.S. Attorney
  | | By Jan Karowsky

6

7

8 | Dated:  October 25, 2010 | JAN DAVID KAROWSKY
  |                          | Attorney at Law
  |                          | A Professional Corporation

9

10 | | /s/ Jan David Karowsky
   | | By: Jan David Karowsky
   | | Attorney for Defendant
11 | | James Ballesteros

12

13  **IT IS SO ORDERED.**

14  **Date:  10/25/2010**

15

16                                      _____
                                        GARLAND E. BURRELL, JR.
17                                      United States District Judge