**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95811-1767
Telephone:  (916) 447-1134
Facsimile:   (916) 448-0265
Email:         KarowskyLaw@sbcglobal.net

Attorney for Defendant
James Ballesteros

# UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America, | Case No.: Cr.S-04-144-GEB |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE** |
| vs. | |
| James Ballesteros | **Date**: **January 7, 2011** <br> **Time: 9:00 a.m.** <br> **Judge:  Hon. Garland E. Burrell, Jr.** |
| Defendant | |

**IT IS HEREBY STIPULATED** by the parties, through their respective undersigned counsel, that the Status Conference currently set for January 7, 2011, may be continued to February 25, 2011 at 9:00 a.m.  This continuance is necessary to permit the parties to obtain an assessment of reports recently received from the Bureau of Prisons, to determine whether it is necessary to retain independent experts, and to decide whether an evidentiary hearing is necessary.

This stipulation is based on the following facts:

1. On or about December 7, 2010, pursuant to a prior request, defense counsel received from the Bureau of Prison the Inmate Central File pertaining to the defendant James Ballesteros.  On or

about December 17, 2010, defense counsel received a Risk Assessment Report pertaining to the defendant.  The latter document is the basis for the current recommendation that the defendant be placed in a less restrictive setting.

2. Defense counsel forwarded those documents to government counsel who reviewed them for the first time on December 29, 2010.

3. Government counsel has forwarded the above documents to a psychiatric expert for evaluation and recommendation.  Defense counsel may do the same.  The parties do not believe that such an evaluation can be completed prior to the January 7, 2011 status conference.

4. If either side decides to retain an independent expert, that expert will undoubtedly wish to examine the defendant before rendering an opinion.  This may take some time as the defendant is currently housed in Massachusetts.  The parties therefore request that this matter be continued for approximately seven weeks to permit both sides to formulate their respective positions.

**IT IS SO STIPULATED.**

Dated:  December 30, 2010         Benjamin Wagner
                                  United States Attorney


                                  /s/ R. Steven Lapham
                                  By:  R. STEVEN LAPHAM
                                  Assistant U.S. Attorney
                                  By Jan Karowsky


Dated:  December 30, 2010         JAN DAVID KAROWSKY
                                  Attorney at Law
                                  A Professional Corporation

                                  /s/ Jan David Karowsky
                                  By: Jan David Karowsky
                                  Attorney for Defendant
                                  James Ballesteros

1 | **IT IS SO ORDERED.**

2 | **Date:**  <u>1/3/2011</u>

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge