```
1  BENJAMIN B. WAGNER
   United States Attorney
2  R. STEVEN LAPHAM
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone:  (916) 554-2724
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. NO. S-04-0144 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER CONTINUING STATUS CONFERENCE |
| v. | ) | |
| JAMES BALLESTEROS, | ) | |
| Defendant. | ) | |

　　IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the Status Conference currently set for February 25, 2011, may be continued to April 29, 2011 at 9:00 a.m.  This continuance is necessary to permit the parties additional time in which to have the defendant psychiatrically evaluated to determine whether an evidentiary hearing will be requested.

　　This stipulation is based on the following facts:

　　1.  The parties have obtained and reviewed the medical and psychiatric records pertaining to the defendant, including the Risk Assessment Report that recommends the defendant's Conditional Release.

1

1    2.   The government was in the process of retaining a local
2 forensic psychiatrist to evaluate the defendant and arranging for
3 the defendant to be transported to the Eastern District of
4 California, when the defendant, through his counsel, informed the
5 government of his desire that the evaluation be conducted at the
6 prison in Massachusetts where he presenting held.  The government is
7 agreeable to that suggestion but has not yet retained an expert in
8 Massachusetts who can perform the evaluation.  The parties
9 anticipate that an expert will probably require approximately eight
10 weeks to review the medical records, conduct the evaluation and
11 complete a written report.  Accordingly, the parties jointly request
12 that this matter be continued to April 29, 2011.  eight weeks to
13 permit both sides to formulate their respective positions.

DATED: February 24, 2011

                                      BENJAMIN B. WAGNER
                                      United States Attorney


                                  By: s/R. Steven Lapham
                                      R. STEVEN LAPHAM
                                      Assistant U.S. Attorney



DATED: February 24, 2011

                                      s/ Jan David Karowsky
                                      JAN DAVID KAROWSKY
                                      Counsel for James Ballesteros

                                      O R D E R

     IT IS SO ORDERED.
Dated:  February 25, 2011

                                      _____
                                      GARLAND E. BURRELL, JR.
                                      United States District Judge

2