BENJAMIN B. WAGNER
United States Attorney
R. STEVEN LAPHAM
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2724



FILED

APR 2 6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>             Plaintiff,<br><br>v.<br><br>JAMES BALLESTEROS<br><br>             Defendant | CR. NO. S-04-0144 GEB<br><br>STIPULATION AND ORDER PERMITTING GOVERNMENT'S PSYCHIATRIC EXPERT TO INTERVIEW DEFENDANT |

     IT IS HEREBY STIPULATED by the parties, through their respective undersigned counsel, that the court may enter an order permitting the defendant to be examined by Dr. Russell Vasile, a psychiatrist retained by the government to determine the defendant's current psychiatric condition.

     This stipulation is based on the following facts:

     1.  The defendant is currently incarcerated at the Federal Medical Center (FMC) Devens located in Ayer, Massachusetts.  This matter is before the court to determine whether the defendant is eligible for conditional release under a prescribed regimen of psychiatric care and treatment.  For that purpose, the government has

1

1  retained a psychiatrist to evaluate the defendant and, at the request
2  of the defendant, has retained a psychiatrist in Massachusetts so that
3  the defendant need not be transported to California for the
4  evaluation.
5      2.  The government's expert, Dr. Russell Vasile, has
6  completed his review of the defendant's legal, medical and psychiatric
7  records pertaining to the defendant and is now ready to interview the
8  defendant as the final step in his evaluation.  For that purpose, the
9  government requests an order from the court permitting Dr. Vasile to
10 interview the defendant at FMC Devens.

DATED: April 22, 2011

                BENJAMIN B. WAGNER
                United States Attorney


By: /s/ R. Steven Lapham
    R. STEVEN LAPHAM
    Assistant U.S. Attorney



/s/ Jan David Karowsky
JAN DAVID KAROWSKY
Counsel for James Ballesteros


O R D E R

IT IS SO ORDERED.

HON. GARLAND E. BURRELL, JR.
United States District Judge

2