```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  R. STEVEN LAPHAM
    Assistant U.S. Attorney
 3  501 I Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone:  (916) 554-2724
 5
 6
 7
                  IN THE UNITED STATES DISTRICT COURT
 8
                 FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    )    CR. NO. S-04-0144 GEB
                                 )
11              Plaintiff,       )    STIPULATION AND ORDER
                                 )    CONTINUING STATUS CONFERENCE
12         v.                    )
                                 )
13  JAMES BALLESTEROS,           )
                                 )
14              Defendant.       )
                                 )
15  _____)
16
17       IT IS HEREBY STIPULATED by the parties, through their
18  respective undersigned counsel, that the Status Conference currently
19  set for April 29, 2011, may be continued to June 17, 2011 at 9:00
20  a.m.  This continuance is necessary to permit the parties additional
21  time in which to have the defendant psychiatrically evaluated to
22  determine whether an evidentiary hearing will be requested.
23       This stipulation is based on the following facts:
24       1.  The parties have obtained and reviewed the medical and
25  psychiatric records pertaining to the defendant, including the Risk
26  Assessment Report that recommends the defendant's Conditional
27  Release.
28  ////
```

1     2.  The government's expert has reviewed the defendant's medical and psychiatric files together with Risk Assessment Report and is prepared to interview the defendant as the final step in his evaluation.  On April 26, 2011, this court issued an order permitting him to do so.  Obviously, Dr. Vasile will be unable to complete his interview and report prior to the scheduled hearing on April 29.

    3.  Defense counsel Jan Karowsky is currently in a trial that is expected to last one more week.

    4.  Assistant U.S. Attorney R. Steven Lapham is scheduled to start a trial on May 23, 2011 that is expected to last approximately three weeks.

    5.  For the foregoing reasons, the parties recommend that the matter be continued to June 17, 2011.  This should give sufficient time for Dr. Vasile to complete his report and for both parties and the court to review the report prior to the hearing.

DATED: April 27, 2011

                                BENJAMIN B. WAGNER
                                United States Attorney

                            By: s/R. Steven Lapham
                                R. STEVEN LAPHAM
                                Assistant U.S. Attorney


DATED: April 27, 2011

                                s/ Jan David Karowsky
                                JAN DAVID KAROWSKY
                                Counsel for James Ballesteros

////
////
////

2

O R D E R

IT IS SO ORDERED.

Dated: April 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge