IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:04-cr-0144-GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JAMES BALLESTEROS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On May 25, 2011, I received from the Warden of the Federal Bureau of Prisons' Federal Medical Center located in Devens, Massachusetts ("FMC Devens"), a facsimile copy of a letter dated May 10, 2011, to which is appended a "CERTIFICATE OF IMPROVED MENTAL CONDITION AND REQUEST FOR CONDITIONAL RELEASE FROM HOSPITALIZATION;" a letter sent by a supervisory probation officer from the Central District of California to FMC Devens concerning that office's willingness to "accept supervision of Mr. Ballesteros' Conditional Release" should a release order issue; docket number 125 filed in this case on September 21, 2009; and two documents previously filed under seal in this case on October 22, 2010.  The above referenced documents shall be filed under seal, and this Order shall be filed on the public docket.

Further, the Clerk of the Court shall serve a copy of this Order and the above referenced documents on counsel for each party, and a copy of the Order also shall be served by facsimile on Mr.

1

1  Ballesteros's social worker, whose fax number is on the "Fax Cover
2  Sheet," which shall also be filed under seal.
3       Mr. Ballesteros's "Reg. No.", which is on the first page of
4  the letter dated May 10, 2011, shall be placed on the Order that is
5  faxed to Mr. Ballesteros's social worker.
6       The release issue will be addressed at the Status Conference
7  currently scheduled to commence at 9:00 a.m. on June 17, 2011.
8  Dated:  May 25, 2011

```
                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```