IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>        v.<br><br>James R. Ballesteros,<br><br>                Defendant.<br>_____ | 2:04-cr-0144-GEB-1<br><br><br><u>ORDER</u> |

In light of the unpreparedness of each counsel at the status hearing held on June 24, 2011, the parties shall file a Joint Status Report no later than seven (7) days prior to any future hearing in this case.

Dated:  June 27, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge