**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

**M E M O R A N D U M**

Honorable Garland E. Burrell, Jr
Senior United States District Judge
Sacramento, California

> **RE:   James BALLESTEROS**
> **Docket Number:  2:04CR00144-01**
> <u>**NOTIFICATION OF CHANGE OF ADDRESS**</u>

Your Honor:

On September 18, 2009, Mr. Ballesteros was committed to the custody of the Attorney General for care and treatment under the provision of 18 USC 4243.  His instant offenses are Attempted Murder, Assaulting a Federal Law Enforcement Officer, and Use of a Firearm in Relation to a Crime of Violence.   He arrived at FCI Devens, Ayer, Massachusetts, on October 15, 2009.  After Mr. Ballesteros underwent a Risk Assessment Panel Review on September 17, 2010, the Risk Assessment Panel concluded he was appropriate for civil commitment, but could be released under a prescribed regimen of treatment.   The Risk Assessment Panel recommended Mr. Ballesteros be released pursuant to 18 USC 4243(f) under a series of conditions.

On June 24, 2011, Your Honor ordered Mr. Ballesteros conditional release to a previously approved placement with Gateways Residential Re-Entry Center (RRC) located at 1801 Lakeshore Avenue, Los Angeles, California 90026.  The United States Probation Office in the Central District of California accepted supervision of his conditional release.

On September 9, 2011, Mr. Ballesteros released from the Bureau of Prisons and entered the Gateways RRC.  Since he has resided there, he has reinstated his disability income, cooperated fully with the clinical staff, and has taken the prescribed medication as directed. Additionally, he has sought an identification card with the Department of Motor Vehicles. As such, Mr. Ballesteros is seeking to move closer to his family, who resides in Orange County, California.  He provided a proposal to reside in a clean-and-sober living program called Marshall House.  It is located at 1376 Marshal Lane, Tustin, California 92780. United States Probation Officer Michael Rieger is supervising Mr. Ballesteros' case and

Rev. 11/2009
MEMO ~ COURT.MRG

RE:   James BALLESTEROS
      Docket Number:  2:04CR00144-01
      <u>NOTIFICATION OF CHANGE OF ADDRESS</u>


met with the program manager.   He confirmed the program could accommodate Mr. Ballesteros and has reserved a bed.  It is the recommendation of the United States Probation Office that Mr. Ballesteros be allowed to reside at the Marshal House.

Mr. Ballesteros' conditions of release currently allow the United States Probation Office to approve the change of residence.  This memorandum serves as notice to the Court of a change of residence.  Should the Court have any questions, please contact this officer at (916) 930-4389.


                    Respectfully submitted,



                    /s/Toni M. Ortiz
                    **TONI M. ORTIZ**
                    **United States Probation Officer**

Dated:        October 19, 2012
              Sacramento, California
              TMO/cd

**REVIEWED BY:**     /s/Michael A. Sipe_____
                    **MICHAEL A. SIPE**
                    **Supervising United States Probation Officer**

cc:   Robert Steven Lapham
      Assistant United States Attorney

      Jan David Karowsky
      Defense Counsel

_____

NOTIFICATION OF CHANGE OF ADDRESS ACKNOWLEDGED: _X_

_____                                      _10/23/12_____
**GARLAND E. BURRELL, .**                                 DATE
Senior United States District Judge

Rev. 11/2009
MEMO ~ COURT.MRG